1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JULIE CHAVEZ,                          No. 2:14-CV-2327-CMK

12                Plaintiff,

13          vs.                             <u>ORDER</u>

14   TRAVELERS PROPERTY
     CASUALTY INSURANCE
15   COMPANY,

16                Defendant.

17   _____/

18          Plaintiff, who is proceeding with retained counsel, brings this civil action.  On

19   October 13, 2014, defendant filed a motion (Doc. 6) to strike plaintiff's claim for punitive

20   damages, as well as a motion (Doc. 7) to dismiss the complaint.  Subsequent to those motions

21   being filed, plaintiff filed an amended complaint and defendant has filed an answer.  The pending

22   motions are, therefor, moot.  The Clerk of the Court will be directed to terminate these matter as

23   motions pending on the court's docket.

24   / / /

25   / / /

26   / / /

1    A status/scheduling conference is hereby set before the undersigned on March 4,

2    2015, at 10:00 a.m., in Redding, California.

3    Good cause appearing, IT IS HEREBY ORDERED that:

4    1.    The Clerk of the Court is directed to terminate Docs. 6 and 7 as pending

5    motions.

6    2.    All parties shall appear by counsel or personally if acting without counsel.

7    Plaintiffs proceeding pro se must each appear at the status conference and are reminded that they

8    may not make appearances for other plaintiffs proceeding pro se.  Parties may appear

9    telephonically.

10    3.    The parties shall submit to the court and serve by mail on all other parties,

11    no later than seven (7) days before the conference, a status/scheduling report addressing the

12    following matters:

13    a.  Service of process;

14    b.  Possible joinder of additional parties;

15    c.  Any expected or desired amendment of the pleadings;

16    d.  Jurisdiction and venue;

17    e.  Anticipated motions and the scheduling thereof;

18    f.  The proposed discovery plan developed pursuant to Federal Rule of

19    Civil Procedure 26(f);

20    g.  The potential for settlement and specific recommendations regarding

21    settlement procedures and timing, including whether a settlement conference should be

22    scheduled and if so when, and whether referral to the court's Voluntary Dispute Resolution

23    Program (see Local Rule 271) is appropriate in this case;

24    h.  Future proceedings, including setting appropriate cut-off dates for

25    discovery and law and motion and the scheduling of a pretrial conference and trial;

26    / / /

1            I.  Modification of standard pretrial procedures specified by the rules due

2    to the relative simplicity or complexity of the action or proceedings;

3            j.  Whether the case is related to any other case, including matters in

4    bankruptcy;

5            k.  Whether the counsel will stipulate to the magistrate judge assigned to

6    this matter acting as settlement judge and waiving any disqualifications by virtue of her so acting,

7    or whether they prefer to have a Settlement Conference before another judge; and

8            l.  Any other matters that may add to the just and expeditious disposition

9    of this matter.

10           4.  Plaintiff and defense counsel are reminded of their continuing duty to

11   notify chambers immediately of any settlement or other disposition (see Local Rule 160).  In

12   addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting

13   of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further

14   provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

15   if written opposition to the motion has not been timely filed by that party."  Finally, Local Rule

16   110 provides that failure to comply with the Local Rules "may be grounds for imposition by the

17   Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

18   Court."

19

20   DATED:  February 5, 2015

21

22   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

3