IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHAVEZ, | No. 2:14-CV-2327-CMK |
|     Plaintiff, | |
|     vs. | ORDER |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | |
|     Defendant. | |

    Plaintiff, who is proceeding with retained counsel, brings this civil action. A review of the docket reflects that plaintiff has failed to file an opposition to defendant's pending motion to compel (Doc. 23) within the time provided by Eastern District of California Local Rule 251(e). Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for August 19, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

    IT IS SO ORDERED.

DATED: August 18, 2015

                                                                     **CRAIG M. KELLISON**
                                                                      UNITED STATES MAGISTRATE JUDGE