IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHAVEZ, | No. 2:14-CV-2327-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | |
| Defendant. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.[1]
Pending before the court is defendant's unopposed motion to compel (Doc. 23).

/ / /

/ / /

/ / /

---

[1] On August 19, 2015, counsel for defendant appeared telephonically to apprise the court that he had been informed by plaintiff's counsel, Albert Boasberg, Esq., that his services had been terminated. To date, plaintiff has not submitted a substitution of attorney, nor has Mr. Boasberg sought leave to withdraw. Therefore, counsel of record for plaintiff remains Mr. Boasberg.

1

Defendant propounded interrogatories and requests for production of documents to plaintiff on April 30, 2015.  Plaintiff failed to provide any responses.  In its motion, defendant seeks an order compelling plaintiff to provide answers and responsive documents without objection.  Plaintiff has failed to respond to defendant's motion.  Good cause appearing therefor, defendant's unopposed motion will be granted, see Fed. R. Civ. P. 37(a)(3)(B), and plaintiff will be required to serve answers and responsive documents without objection, see Fed. R. Civ. P. 33(b)(4), Richmark Corp. V. Timber Falling Consultants, 959 F.2d 1468 (9th Cir. 1992) (noting that waiver applied to discovery under Rule 34).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (Doc. 23) is granted; and

2. Plaintiff shall provide responses to defendant's interrogatories, set one, and requests for production of documents, set one, without objection and with responsive documents within 15 days of the date of this order.

DATED: September 25, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE