G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
JENNIFER N. WAHLGREN (State Bar No. 249556)
**FORAN GLENNON PALANDECH**
**PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
   emurphy@fgppr.com
   jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JULIE CHAVEZ | CASE NO. 2:14-CV-02327- CMK |
|    Plaintiff, | **ORDER GRANTING TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY'S EX PARTE TO VACATE SCHEDULING ORDER** |
| vs. | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1-10, | |
|    Defendants. | |
| _____/ | |

## **ORDER**

Having considered Travelers Property Casualty Insurance Company's ("Travelers") *Ex Parte* Application for Order to Vacate the Scheduling Order, and good cause existing,

IT IS HEREBY ORDERED as follows:

  1. Scheduling Order, Docket No. 21, and all dates in the Scheduling Order are hereby vacated; and

-1-

**[PROPOSED] ORDER GRANTING TRAVELERS EX PARTE APPLICATION TO VACATE SCHEDULING ORDER -** CASE NO. 2:14-CV-02327-CMK

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

2.  A further scheduling conference will be set by this Court on a later date

after it is resolved who is representing Plaintiff Julie Chavez.


Dated:  October 21, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

-2-

**[PROPOSED] ORDER GRANTING TRAVELERS EX PARTE APPLICATION TO VACATE SCHEDULING ORDER -** CASE NO. 2:14-CV-02327-CMK