IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHAVEZ, | No. 2:14-CV-2327-CMK |
|     Plaintiff, | |
|     vs. | ORDER |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | |
|     Defendant. | |

    Plaintiff, who is proceeding pro se, brings this civil action. The matter was set for a scheduling conference on December 15, 2015. Plaintiff failed to file a scheduling conference statement or appear at the hearing. Plaintiff is directed to show cause in writing within 30 days of the date of this order why the action should not be dismissed for lack of prosecution. Failure to respond to this order will provide an additional basis for dismissal of the action. See Local Rule 110.

    IT IS SO ORDERED.

DATED: January 20, 2016

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE